JOHN F. MOFFETT, Respondent, *v.* ORREN G. STAPLES, Appellant.

*Moffett* v. *Staples,* 164 App. Div. 923, appeal dismissed.
(Submitted October 25, 1915; decided October 29, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth

judicial department, entered October 2, 1914, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover a balance alleged to be due the plaintiff upon the sale of certain collateral deposited by him with defendant as security for payment of a promissory note. The motion was made upon the ground that no questions appear by the record to be reviewable by the Court of Appeals.

*Pardon C. Williams* for motion.

*Charles A. Phelps* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.